IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANDREW PAUL VERA, | § | |
|     Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | C.A. No. 1:24-CV-1158-RP |
| | § | |
| CITY OF AUSTIN, | § | |
|     Defendant. | § | |

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE OF COURT
TO FILE A CORRECTED VERSION OF THE RESPONSE TO THE CITY OF
AUSTIN'S MOTION FOR SUMMARY JUDGEMNT**

NOW COMES Andrew Paul Vera ("Plaintiff" hereinafter) and files this his Opposed Motion for Leave of Court, as more fully specified below. In support thereof Plaintiff would respectfully show this Court the following:

1. Plaintiff respectfully repeats his request for leave of this Court to file his Corrected Response and supplemental pleading, pursuant to Fed. Rules of Civil Procedure 15 and related case law.

2. Prior to this filing Plaintiff's counsel filed a Response [DE 56-1] to the City of Austin's Motion for Summary Judgment. It had a number of problems. It was over a page limit that had been informally discussed between the parties. That needed to be cured. Worse yet, the Response that was filed was an a corrected last version, but an incorrect earlier iteration, which also needs correction.

3. Mr. Cirkiel would prefer not to discuss too much of his personal health issues in public, but then again it is no secret he is seventy-five (75) years and his stamina is not like it once was.

Specifically last week he had a dispositive motion on another case due Monday, this Response due Thursday (and a  thank you to both opposing counsel and this Court for agreeing to and granting an extension) with a trip to Baltimore on Wednesday to present at a program put on through the National Federal of the Blind on Thursday.  While working diligently to complete the Response by Thursday, he mistakenly sent an incorrect version. After a long day at the Baltimore Airport on Friday he had to turn around on Saturday, for a mediation in federal court on Monday.  Yesterday he reviewed the filed Response and realized the errors, hence the desire to make necessary corrections.

4.    Plaintiff should be allowed to clarify and further detail his claims and arguements and therefore seeks to correct and amend the Response.

5.    Allowing for the corrected version of the amendment of the Complaint would not prejudice the existing parties and would further the interests of justice. For these reasons, and those set forth more fully below, the Court should grant the Motion to Correct.

6.    Counsel for Plaintiff has conferred with Defendant's Counsel Joshua Ordiway. Mr, Ordiway is OPPOSED to this filing.

7.    This request is not brought for purposes of delay but rather so that justice may be better served. The interests of justice will be served by granting leave to amend here. Justice requires that this conduct end, that those harmed receive relief, and that the public be made aware of the the participants in this conduct.

<div style="margin-left:45%;">

Respectfully submitted,

/s/ Martin J. Cirkiel
Mr. Martin J. Cirkiel, Attorney
Texas Bar No. 00783829
Marty@cirkielaw.com [Email];

</div>

Ms. Julianna S. Swann, Attorney
Texas Bar No. 24130061
julianna@cirkielaw.com [Email]

Ms. Melissa Pleasant, Attorney
*Pro Hace Vice*
melissa@cirkielaw.com [Email];

Cirkiel Law Group, P.C.
1901 E. Palm Valley Boulevard
Round Rock, Texas 78664
(512) 244-6658 [Telephone]
(512) 244-6014 [Facsimile]
REPRESENTATIVES FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I certify that on this the 30th day of March, 2026 Counsel for the City of Austin, and myself have communicated and have made a good faith attempt to agree on the matter, but were not able to do so.

/s/ Martin J. Cirkiel
Martin J. Cirkiel

## CERTIFICATE OF SERVICE

We hereby certify that on this the 31st day of March, 2026 we electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system and notice was electronically provided to the following CM/ECF system participants.

Mr. Josh Ordiway, Attorney
Texas Bar No.: 241265538
jordiway@littler.com  [Email]; and
Ms. Melissa Ackie,  Attorney
Texas Bar No.: 24088686
MAckie@Litter.com  [Email]
Littler Mendelson P.C.
100 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 982-7250 [Telephone]
(512) 982-7248 [Facsimile]

/s/ Martin J. Cirkiel
Martin J. Cirkiel